ERIC GRANT
United States Attorney
JOSHUA BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Acting Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR I ARELLANO CORTEZ,<br><br>Defendant. | Case No. 6:25-PO-00154-HBK<br><br>[Citation # E2070011 CA/76; E2070013 CA/76]<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua Banister, Assistant United States Attorney, and Briana M. Vollmer, Acting Law Enforcement Specialist, hereby move to dismiss Case No. 6:25-PO-00154-HBK [Citation # E2070011 CA/76 and E2070013 CA/76] against CESAR I ARELLANO CORTEZ without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 18, 2025                             Respectfully submitted,

                                               ERIC GRANT
                                               United States Attorney

                                       By:    /s/ Briana M Vollmer
                                               BRIANA M. VOLLMER
                                               Acting Law Enforcement Specialist (Rule 180)

**O R D E R**

IT IS HEREBY ORDERED that Case No. 6:25-PO-00154-HBK [Citation # E2070011 CA/76 and E2070013 CA/76] against CESAR I ARELLANO CORTEZ is dismissed, without prejudice, in the interest of justice.

Dated: December 18, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE